# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

KAY GOELLER,

        Plaintiff(s),

v.

FRANK BISIGNANO, Commissioner of Social Security,

        Defendant(s),

**CIVIL NUMBER: 4:25-cv-00075-SHL-HCA**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Granting the Defendant's Unresisted Motion to Remand (ECF 14), the Commissioner's decision is reversed and this matter is remanded to the Commissioner.

CLERK, U.S. DISTRICT COURT

Dated this 8th day of August, 2025.

/s/ M. Mast

By: Deputy Clerk